AUSA:          Nhan Ho                              Telephone: (313) 226-9100

AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:     Matthew R. Hughes          Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

David Keith Osborn

Case: 2:25−mj−30573
Assigned To : Unassigned
Assign. Date : 9/11/2025
Description: CMP USA v Osborn (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 10, 2025 to September 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production and attempted production of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent-FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 11, 2025__

_Judge's signature_

City and state: __Detroit, Michigan__       Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **David Keith Osborn** for violations of 18 U.S.C. § 2251(a) (production and attempted production of child pornography), 18 U.S.C. §

1

2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography)..

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Osborn has violated the above offense.

## PROBABLE CAUSE

5. On or about July 10, 2025, Jefferson County Sheriff's Office in Colorado located sexually explicit text message communications between a minor (MV-1) with an individual known as 'Dave,' using phone number XXX-XXX-5898. For example, on July 9, 2025, 'Dave' sent MV-1 an unsolicited picture of a naked penis and directed MV-1 to masturbate with a hairbrush. Based on the totality of the saved text communications, 'Dave' knew MV-1 was under 18 years old.

2

6. Officers linked the -5898 number to David Osborn, registered to XXXXX Florence Street, Westland, MI 48185, the same address Osborn listed on his driver's license, as shown in Michigan Secretary of State records.

7. The messages Osborn sent further confirmed he texted MV-1 using the -5898 number. For example, on or about July 8, 2025, Osborn told MV-1 his birthday, which matched Michigan Secretary of State records. Osborn also told MV-1 to "look up david Osborn from Michigan." When asked what city to search for, OSBORN responded, "detroit or werstland."

8. Between July 11 and August 6, 2025, law enforcement, posing as MV-1, communicated with Osborn at the -5898 number. During these conversations, Osborn sent pictures of himself and his residence. He also acknowledged MV-1 being a minor. For example, after writing ""would not be a bad idea to walk around naked in the house together when its just me and you . so we get comfortable seeing each other naked together idk just a thought," Osborn wrote, "the only thing that id say is if i have someone over like my mom you hide in my room . stay quiet. i want you to stay hidden then after they leave ill get you. only have to do this until your 18".

9. On or about July 14, 2025, Osborn sent the following messages to law enforcement, believing it was MV-1: "I cant ask but some nudity that your comfortable with/whatever you want 2" and "well is it rude if I ask for a pussy pic?/

3

I like seeing that area but want to be respectful." After receiving a response suggesting that it was not rude for him to ask, OSBORN replied, 'i think it be hot if you sent that."

10. On September 11, 2025, FBI executed a search warrant at Osborn's residence in Westland, Michigan. A preliminary review of Osborn's phone uncovered more exchanges with minor females, who appear to be as young as 13 years old, in which Osborn asked and received child sexual abusive materials. For example, in an exchange on Telegram, the context of which is clear that the other person is under the age of 16, Osborn received an image in which a minor female displayed her vagina after Osborn had requested to see the sender's "pussy" on or about September 9, 2025.

## CONCLUSION

11. Based on the foregoing, there is probable cause to believe David Keith Osborn has committed violations of 18 U.S.C. § 2251(a) (production and attempted production of child pornography), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge
Date:   September 11, 2025

5